Levar C. AIKENS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 60294.

Missouri Court of Appeals, Western District.

Sept. 24, 2002.

John M. Schilmoeller, Office of State Public Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Richard Starnes, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before ELLIS, C.J., NEWTON and HARDWICK, JJ.

### ORDER

PER CURIAM.

Levar Aikens appeals the denial of his Rule 29.15 Motion following an evidentiary hearing. For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).